**Electronically Filed
Supreme Court
SCWC-16-0000715
27-FEB-2018
08:54 AM**

SCWC-16-0000715

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

─────────────────────────────────────────────

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee,

vs.

JENIKO JOSEPH, Petitioner/Defendant-Appellant.

─────────────────────────────────────────────

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-16-0000715; CASE NO. 3DTC-15-047154)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant's application for writ

of certiorari, filed on January 19, 2018, is hereby rejected.

DATED: Honolulu, Hawaiʻi, February 27, 2018.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

